UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER ROMERLO

Plaintiff(s),

- against -

FEDERAL METROPOLITAN CORRECTIONAL CENTER,
et al.
Defendant(s).
-------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

*ORIGINAL*

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 5278 (VM)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

\_\_\_ All such motions:

* Do not check if already referred for general pretrial.

The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings in this action, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

**SO ORDERED.**

DATED:      New York, New York

23 July 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-23-08

VICTOR MARRERO
United States District Judge