

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*



August 1, 2008

**BY HAND**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

The Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Romero v Federal Metropolitan Correctional Center, et al., 08 Civ. 5278 (VM) (DFE)

Dear Judge Eaton:

This Office represents the Metropolitan Correctional Center and the Federal Bureau of Prisons (the "Government") in the above-referenced case, a Federal Tort Claims Act suit brought by pro se prisoner Christopher Romero.[1] I write, at the request of Your Honor's chambers, to confirm that the due date listed on the docket sheet for the Government's answer – July 29, 2008 – is incorrect. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the United States has sixty days after service of a complaint on the United States Attorney to serve an answer to the complaint. This Office received plaintiff's complaint on July 9, 2008. Accordingly, the Government's time to answer or otherwise respond to plaintiff's complaint does not run until September 8, 2008.

8/4/08 – I hereby confirm that the deadline for any defendant to answer or otherwise respond to Mr. Romero's Complaint is September 8, 2008.
Douglas F. Eaton

[1] The complaint also purports to sue "Federal Correctional Officer Dupree." This Office has not yet received authorization to represent this individual, and thus does not appear, at this time, on his or her behalf.

USDC SDNY
DATE SCANNED 8/4/08

We thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: Kristin Vassallo / JDC
KRISTIN L. VASSALLO
Assistant United States Attorney
Tel.: (212) 637-2822
Fax: (212) 637-2730

cc: Christopher Romero
#53048-054
FCI Otisville
P.O. Box 1000
Otisville, New York 10963
(Via Express Mail)